Form abusecac1
(07/06)

# United States Bankruptcy Court
## Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# **CLERK'S NOTICE OF UNITED STATES TRUSTEE'S STATEMENT OF PRESUMED ABUSE**

**DEBTOR(S) INFORMATION:**
Wenceslao Fernan
**SSN:** xxx−xx−2982
**EIN:** N/A

48 El Prisma
Rancho Santa Margari, CA 92688

**BANKRUPTCY NO.** 8:09−bk−24167−RK
**CHAPTER** 7

The United States Trustee has reviewed all materials filed by the Debtor and has determined that the Debtor's case is presumed to be an abuse under Section 707(b).

As required by 11 U.S.C. Section 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Section 707(b) or file a statement setting forth the reasons United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Section 707(b)(2)(B).

Dated: March 11, 2010

For the Court,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 07/06) abusecac1

**18 /**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8           User: ssampsonC              Page 1 of 1              Date Rcvd: Mar 11, 2010
Case: 09-24167                 Form ID: ustabus1            Total Noticed: 28

The following entities were noticed by first class mail on Mar 13, 2010.
 db           +Wenceslao Fernan,    48 El Prisma,    Rancho Santa Margari, CA 92688-3113
 aty          +Scott W Hanssler,    9841 Irvine Center Dr Ste 100,    Irvine, CA 92618-4314
 tr            Richard A Marshack,    Marshack Hays LLP,    5410 Trabuco Road Suite 130,    Irvine, CA 92620-5749
 smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                Sacramento, CA 94280-0001
 smg           Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,    Sacramento, CA 95812-2952
 ust          +United States Trustee (SA),    411 W Fourth St., Suite 9041,    Santa Ana, CA 92701-8000
25303540       Amex,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
25303541       Bk Of Amer,    P.O. Box 7047,    Dover, DE 19903
25303542      +Bleier & Cox LLP,    16130 Ventura Blvd., ste. 620,    Encino, CA 91436-2568
25303543      +Brooks Brothers,    2015 Vaughn Rd., Ste. 400,    Kennesaw, GA 30144-7802
25303545       Citi,    P.O. Box 15687,    Wilmington, DE 19850
25303546      +Citi,    4500 New Linden Hill Rd,    Wilmington, DE 19808-2922
25303547       Discovr Cd,    Po Box15316 Att:Cms/Prod Develop,    Wilmington, DE 19850-5316
25303549      +First American Title Company,    Vacation Ownership Division,    1160 Town Center Dr., ste. 190,
                Las Vegas, NV 89144-0571
25303550      +Gc Services,    6330 Gulfton,    Houston, TX 77081-1198
25303552      +Mann Bracken LLC,    2325 Clayton Rd,    Concord, CA 94520-2104
25303553       Marriott,    1200 Hwy 98 South International,    Lakeland, FL 33801
25303556       Navy Mort,    Po Box 3326,    Merrifield, VA 22119-3326
25303558      +The Home Depot,    PO Box 182676,    Columbus, OH 43218-2676
25303560      +Wachdlrsrv,    301 South College Street,    Charlotte, NC 28288-0001
25303561      +Wells Fargo,    Po Box 5445,    Portland, OR 97228-5445
25303562      +Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701-4747
25303563      +Wellsfargo,    301 E 58th St N,    Sioux Falls, SD 57104-0422
25303564      +Welshmqty,    4455 Arrowswest Drive,    Colorado Springs, CO 80907-3445

The following entities were noticed by electronic transmission on Mar 12, 2010.
25303551       E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2010 02:10:27     Lowes,    PO BOX 5309 14,
                Atlanta, GA 30353-0914
25303555       E-mail/Text: ext_ebn_inbox@navyfederal.org                            Navy Fcu,
                One Security Place,    Merrifield, VA 22119-0001
25303554      +E-mail/Text: ext_ebn_inbox@navyfederal.org                            Navy Fcu,   820 Follin Lane,
                Vienna, VA 22180-4907
25303557      +E-mail/Text: bnc@nordstrom.com                            Nordstromfsb,    Po Box 13589,
                Scottsdale, AZ 85267-3589
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25303544       Cap One
25303548       Exxmblciti
25303559       Usdeptofed
                                                                                              TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 13, 2010**                     **Signature:**  *Joseph Speetjens*